No. 82–1135. ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS *v.* WIGGINS. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certio-

rari granted.